**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

DARRIN NED EDWARDS,

        Petitioner

: No. 418 MAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.